# Court of Appeals
# of the State of Georgia

ATLANTA, March 31, 2025

*The Court of Appeals hereby passes the following order*

**A25I0166. RADHESHVAR, LLC v. KENETH A. PEREZ LARIOS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

23A03247



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 31, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*